| | |
|---|---|
| S. CHANDLER VISHER SBN 52957<br>chandler@visherlaw.com<br>LAW OFFICES OF S. CHANDLER VISHER<br>268 Bush St., #4500<br>San Francisco, California 94104<br>Telephone: (415) 901-0500<br>Facsimile: (415) 901-0504<br><br>*Local Counsel for Plaintiff* | RYAN M. KELLY (*pro hac vice*)<br>rkelly@andersonwanca.com<br>ANDERSON & WANCA<br>3701 Algonquin Road, Suite 500<br>Rolling Meadows, Illinois 60008<br>Telephone: (847) 368-1500<br>Facsimile: (847) 368-1501<br><br>*Counsel for Plaintiff* |

Robert B. Milligan (SBN 217348)
rmilligan@seyfarth.com
Joseph A. Escarez (SBN 266644)
jesalinas@seyfarth.com
D. Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons,<br><br>                     Plaintiff,<br><br>         v.<br><br>SI-BONE, INC., a Delaware corporation,<br><br>                     Defendant. | **Case No. 5:19-cv-00633-LHK**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge: Hon. Lucy H. Koh<br><br>Courtroom: 8<br><br>Complaint Filed: February 5, 2019 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE

WHEREAS, on March 28, 2019, Defendant filed a Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Doc. 18);

WHEREAS, pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's deadline to file a response to Defendant's Motion to Dismiss is April 11, 2019;

WHEREAS, pursuant to the Northern District of California Local Rule 7-3(c), Defendant's deadline to file a reply in support of Defendant's Motion to Dismiss is April 18, 2019;

WHEREAS, the hearing on Defendant's Motion to Dismiss is currently scheduled for August 15, 2019 at 1:30 pm.

WHEREAS, Plaintiff has requested and Defendant has agreed to extend Plaintiff's deadline to file a response to Defendant's Motion to Dismiss to May 9, 2019;

WHEREAS, Defendant has requested and Plaintiff has agreed to extend Defendant's deadline to file a reply in support of Defendant's Motion to Dismiss to May 30, 2019;

WHEREAS, the Parties request these extensions due to the press of other matters.

WHEREAS, the foregoing facts constitute good cause to extend the briefing schedule on Defendant's Motion to Dismiss;

THEREFORE IT IS HEREBY STIPULATED by and between the undersigned parties that:

- Plaintiff's deadline to file a response to Defendant's Motion to Dismiss is May 9, 2019;
- Defendant's deadline to file a reply in support of Defendant's Motion to Dismiss is May 30, 2019.

**IT IS SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| Dated: April 1, 2019 | By: | /s/ Ryan M. Kelly |

RYAN M. KELLY (*pro hac vice*)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, Illinois 60008
Telephone:   (847) 368-1500
Facsimile:    (847) 368-1501

*Counsel for Plaintiff*

S. CHANDLER VISHER (SBN 52957)
LAW OFFICES OF S. CHANDLER VISHER
268 Bush St., #4500
San Francisco, California  94104
Telephone:   (415) 901-0500
Facsimile:    (415) 901-0504

*Local Counsel for Plaintiff*

| | | |
|---|---|---|
| Dated:  April 1, 2019 | By: | /s/ Joseph A. Escarez (with permission) |

ROBERT B. MILLIGAN (SBN 217348)
JOSEPH A. ESCAREZ (SBN 266644)
D. JOSHUA SALINAS (SBN 282065
**SEYFARTH SHAW LLP**
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone:   (415) 374-2300
Facsimile:    (415) 374-2499

*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: */s/ Ryan M. Kelly*
Ryan M. Kelly

STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE

## **ORDER**

Pursuant to the Stipulation and good cause appearing, it is ordered that:

- Plaintiff shall file a response to Defendant's Motion to Dismiss by May 9, 2019;

- Defendant shall file a reply in support of its Motion to Dismiss by May 30, 2019;


Dated: April 3, 2019            *Lucy H. Koh*
                                                  Hon. Lucy H. Koh
                                                  United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE